No. 99–8555. WAYNE v. JARVIS, SHERIFF, DEKALB COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8564. COKER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–8565. DOUGLAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8566. HAYNES v. FEDERAL AVIATION ADMINISTRATION. C. A. 10th Cir. Certiorari denied.

No. 99–8570. FRANK v. NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 99–8573. GONZALEZ v. ASKINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8577. HABELMAN v. GARVEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 99–8579. ROBERTS v. LANGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8582. CANDELARIA v. LEMASTER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–8588. BATES v. BOONE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–8589. ALVAREZ v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 99–8592. CARPENTER v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8594. OWENS v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8599. WOLFE v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.